**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MICHEAL JOYCE** **PLAINTIFF**
***ADC #150227***

**v.** **No. 3:25-cv-00231-KGB-PSH**

**DEXTER PAYNE, *et al.*** **DEFENDANTS**

# ORDER

Having reviewed plaintiff Micheal Joyce's amended complaint (Doc. No. 11) for screening purposes,[1] it appears that service is appropriate as to his religious exercise claims against defendants Deputy Warden Allison, Lieutenant Travis Coffey, and Captain Clinton Baker. The Clerk of the Court is directed to prepare summonses for these defendants, and the United States Marshal is hereby directed to serve a summons on each of them without prepayment of fees and costs or security therefor. These defendants should be served through the ADC Compliance Division.[2] One copy of the amended complaint (Doc. No. 11) along with a copy of this order shall be sent to the ADC Compliance Division with these summonses.

---

[1] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

[2] If a defendant is no longer an ADC employee, the individual responding to service must file a **SEALED** Statement providing the unserved defendant's last known private mailing address.

The Court will enter a separate recommendation with respect to Joyce's other claims.

IT IS SO ORDERED this 23rd day of September, 2026.

UNITED STATES MAGISTRATE JUDGE